IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN ROMANO, IN HER INDIVIDUAL CAPACITY, AND AS LEGAL GUARDIAN OF MINOR CHILD, SIERRA CALDWELL, Plaintiffs, | : : : : : : : : : : : | CIVIL ACTION |
| v. | : : | |
| CHRISTOPHER S. YOUNG, DEAN CERAUL AND PLAINFIELD TOWNSHIP, Defendants. | : : : : : | No. 07-1708 |

## ORDER

**AND NOW**, this **1st** day of **February**, **2011**, upon consideration of Defendants Dean Ceraul and Plainfield Township's Motion for Summary Judgment, Plaintiffs' Opposition thereto, and for the reasons stated in the Court's Memorandum dated February 1, 2011, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 117) is **GRANTED in part and DENIED in part**, as follows:

    a. The motion is **GRANTED** as to Count II.

    b. The motion is **DENIED** with respect to the inadequate screening claims in Count III.

1

c. The motion is **GRANTED** as to all other claims in Count III.

d. The motion is **GRANTED** as to Count IV.

e. The motion is **GRANTED** as to Count V.

d. The motion is **GRANTED** as to Counts VIII and IX with respect to claims against Dean Ceraul.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**